FORM TO BE USED IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

FILED '04 DEC 06 12:36 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

Dameion Douglas
(Enter full name of every plaintiff)

      Plaintiff(s),

      v.

Deputy C. Thomas Davis #9022
Sht. D. Shaut #22818
(Enter full name of every defendant.)

      Defendant(s).

Civil No. CV '04 1798 HA

COMPLAINT

I.

    A. Have you brought any other action or appeal in a court of the United States while a prisoner?
      Yes _____      No ✓

    B. If your answer to A is yes, how many? _____. Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

        Plaintiff(s): _____

        Defendant(s): _____

1 - COMPLAINT

Form 39.010

2. Court: _____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (Was the case dismissed? Was it appealed? Is it still pending?)

_____
_____
_____
_____

6. Approximate date of filing: _____

7. Approximate date of disposition: _____

## II.

A. Place of confinement: _____

B. Is there a prisoner grievance procedure in this institution?

Yes __✓__      No _____

C. Have you filed a grievance concerning the facts relating to this complaint?

Yes __✓__      No _____

If your answer is no, explain why not: _____
_____

D. Is the grievance process completed?

Yes __✓__      No _____

## III.

## PARTIES

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff: _Dameion Douglas_
Prisoner Identification No.: _1613429_
Address: _777 Stanton Blvd._
_Ontario, Oregon 97914_

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item C for the

2 -COMPLAINT

Form 39.010

names, positions, and places of employment of any additional defendants.)

B.    Defendant _C. Thomas Davis_____ is employed as _Deputy_
at _Mult Co. Detention Center 1120 S.w 3rd Portland, OR 97204_

C.    Defendant _D. Skaut_____ is employed as _Sgt._
at _Mult. Co. Dention Center 112, S.w 3rd Portland, OR 97204_

Defendant _____ is employed as _____
at _____

Defendant _____ is employed as _____
at _____

Defendant _____ is employed as _____
at _____

Additional defendants: _____
_____
_____

IV.

STATEMENT OF CLAIM

Claim I

The following civil right has been violated:

_1st Admendment Retaliation for writing a Grievance_
_____
_____

    Supporting Facts: (State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include, also, the names of any other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes.)

_On or about July 15th 2004 Deputy C. Thomas Davis disrespected me_
_and another Black inmate Mr. Dywayne McClinton While we_
_were being escorted to the law library. Davis was in the Control_
_booth and said "Why yall bring these Boys up here you Know somebody_
_already tore the pictures out of the Books, you know they can't_
_read." I grieved him for the above. On July 16th 2004, Deputy Davis_
_was working in my Dorm. My job assignment was to clean out the hole_
_I spilled some Cleaning Solution on my pants, while working. I_
_came back to the unit and asked deputy Davis if I can change_
_my pants because I spilled some Cleaning solution on my pants he_
_said "No you shouldn't Jack off so much non cell'in." Workers are_
_permitted to change Clothes everyday, because accidents do happen._
_I wrote a grievance about the above nasty and sexually perverse statement_

3 -COMPLAINT

Form 39.010

m. Davis. When Davis received my 1st grivance on July 26 he
and Sgt. D. Shaut Fired me by giving me 2 negative Marks.
Davis Apologized on both grivances

Claim II

The following civil right has been violated:

_____
_____
_____

Supporting Facts: (State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include, also, the names of any other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Claim III

The following civil right has been violated:

_____
_____
_____

Supporting Facts: (State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Include, also, the names of any other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.)

_____
_____
_____
_____
_____

4 -COMPLAINT

(If you have additional claims, describe them on another piece of paper, using the same outline.)

V.

RELIEF

State <u>briefly</u> exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I want a trial and Money damages as a deterrent to any other Deputies and SGts not to engage in Similar Conduct as stated in my Claim.

Signed this _29_ day of _November_ , ~~19~~ 2004 .

_____
(Signature of plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

DATED this _29_ day of _November_ , ~~19~~ 2004 .

_____
(Signature of plaintiff)

5 - COMPLAINT

Form 39.010