IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAMIEN DOUGLAS,

                Plaintiff,          Civil No. 04-1798-AA

                v.                ORDER

DEPUTY THOMAS, et al.,

                Defendants.

AIKEN, District Judge.

    Pursuant to the order entered in Civ. No. 04-1774-AA (attached hereto) this case is dismissed without prejudice to plaintiff's right to bring the claims herein alleged in the amended complaint to be filed in Civ. No. 04-1774-AA.

    IT IS SO ORDERED

    DATED this _10_ day of February, 2005.

                              Ann Aiken
                              United States District Judge

1 - ORDER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAMIEN DOUGLAS,

                    Plaintiff,            Civil No. 04-1774-AA

          v.                              ORDER

SHERIFF DAN NOELLE,

                    Defendant.

AIKEN, District Judge.

        Plaintiff, an inmate in the custody of the Oregon
Department of Corrections, filed six separate civil rights
complaints as follows.  On February 3, 2005, each of the cases
was reassigned to the undersigned.

        1.)  Civ. No. 04-1774-HA - Plaintiff alleges that Sheriff
Dan Noelle violated his First Amendment right to "petition the
government for a redress of grievances" by charging inmates a
$5 fee to process grievances.  Petitioner paid the $150.00

1 - ORDER

filing fee for this case.

2.)    Civ. No. 04-1794-HA - Plaintiff alleges that Multnomah County Sheriff Deputies Hall and Livingston violated his First Amendment right to practice his religion. Plaintiff did not pay the filing fee in this case or file an application to proceed in forma pauperis.    By Order (#3) entered 1/20/05, petitioner was ordered to either pay the filing fee or to file an application to proceed in forma pauperis within 30 days.

3.)    Civ. No. 04-1796-HA - Plaintiff alleges that Multnomah County Sheriff Deputy McCain violated his First Amendment right to petition the government for redress of grievances.    Plaintiff did not pay the filing fee or file an application to proceed in forma pauperis in this case.

4.)    Civ. No. 04-1797-HA - Plaintiff alleges Multnomah County Sheriff Deputy McLavain violated his freedom to practice his religion.    Plaintiff did not pay the filing fee or file an application to proceed in forma pauperis in this case.

5.)    Civ. No. 04-1798-HA - plaintiff alleges that Multnomah County Sheriff Deputies Davis and Shout  violated his First Amendment rights by "retaliation for writing a grievance."    Plaintiff did not pay the filing fee or file an application to proceed in forma pauperis in this case.

6.)    Civ. No. 04-1800-HA - Plaintiff alleges that Multnomah County Sheriff Deputy James Harrington violated his First Amendment religious rights and retaliated against him for filing a grievance. Plaintiff did not pay the filing fee or file an application to proceed in forma pauperis in this case.

All of plaintiff's claims are based on First Amendment violation alleged against Multnomah County defendants. It is not in the interest of judicial economy to proceed separately with plaintiff claims. Moreover, if plaintiff proceeds in separate proceedings he will be required to pay a $150 filing fee in each case.

Therefore, it is hereby ordered that plaintiff file an amended complaint incorporating all of his claims against the defendants. This means that plaintiff shall one **complaint** alleging each of his **claims** separately. The separate claims shall be identified as "Claim One," through "Claim Six." The complaint to be filed on a form provided by the Clerk of the Court which can be supplemented with additional pages if necessary. The complaint shall bear the caption Civ N. 04-1774-AA. Plaintiff may proceed with his claims in this single, consolidated case only. The other separately filed cases will be dismissed. Plaintiff is allowed 30 days to file an amended complaint consistent with the terms of this order

3 - ORDER

and advised that failure to file an amended complaint as
ordered will result in the dismissal of his claims with
prejudice.    After an amended complaint is filed with the
court, the Clerk of Court will issue process for service of
the summons and complaint on defendants.

By letter to the court received February 2, 2005,
plaintiff advised that he had sent the court a "29 page motion
for a new trial based on newly discovered evidence" and
requested confirmation of the court's receipt of that
document. Plaintiff is advised that the "motion" was not
docketed in any of plaintiff's pending cases.

Plaintiff is advised  that a motion for a new trial
should be filed in the court of his conviction.  Plaintiff is
further advised that the proper manner in which to challenge
his conviction or sentence in federal court is by way of a
petition for habeas corpus relief under 28 U.S.C. § 2254 and
that the filing fee for habeas corpus proceedings is $5.00.
The Clerk of the Court is requested to provide plaintiff with
the appropriate form for filing a petition under 28 U.S.C. §
2254.

IT IS SO ORDERED
DATED this /0  day of February, 2005.

_____
Ann Aiken
United States District Judge

4 - ORDER