UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

DAMIEN DOUGLAS,

                **Plaintiff,**

                **v.**                              **Civil No. 04-1798-AA**

DEPUTY THOMAS, et al,

                **Defendants.**

_____

## JUDGMENT

This action is dismissed without prejudice.

Dated: February 11, 2005.

                Donald M. Cinnamond, Clerk

            by:    /s/ Leslie Engdall
                    Leslie Engdall, Deputy

**JUDGMENT**                      **DOCUMENT NO:** _____